UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKRICH JESUS CRESPO GONZALEZ (A-Number: 221-355-531), <br><br> Petitioner, <br><br> v. <br><br> WARDEN OF CALIFORNIA CITY DETENTION FACILITY, et al., <br><br> Respondents. | No.  1:26-cv-03429-KES-EPG (HC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE <br><br> Docs. 1, 11 |

Petitioner Jackrich Jesus Crespo Gonzales is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release.  Doc. 11. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On June 4, 2026, respondents filed timely objections.  Doc. 12.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations issued on May 22, 2026, Doc. 11, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents are ORDERED to immediately release petitioner Jackrich Jesus Crespo Gonzalez (A-Number: 221-355-531) with the same conditions he was subject to immediately prior to his re-detention.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

5. The Clerk is directed to serve California City Detention Center with a copy of this Order.

6. The Clerk of Court is directed to close this case and enter judgment for petitioner.

IT IS SO ORDERED.

Dated:    June 5, 2026

_____
UNITED STATES DISTRICT JUDGE

2